GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
 CATHERINE A. CONWAY, SBN 98366
  cconway@gibsondunn.com
JESSE A. CRIPPS, SBN 222285
  jcripps@gibsondunn.com
JUSTIN T. GOODWIN, SBN 278721
  jgoodwin@gibsondunn.com
333 South Grand Avenue
  Los Angeles, CA  90071-3197
  Telephone:   213.229.7000
  Facsimile:    213.229.7520

MICHELE L. MARYOTT, SBN 191993
  mmaryott@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for Defendants

MATTHEW C. HELLAND, SBN 250451
  helland@nka.com
DANIEL S. BROME, 278915
  dbrome@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone:   415.277.7235
Facsimile:    415.277.7238

Attorneys for Plaintiffs and Others Similarly Situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher McQueen, James O'Neal, and Donnie Cummings on behalf of themselves and others similarly situated, and on behalf of the general public,<br><br>            Plaintiffs,<br><br>     v.<br><br>Chevron Corporation, Chevron U.S.A., Inc. and DOES 1-50, inclusive,<br><br>            Defendants. | CASE NO. 4:16-cv-02089-JSW<br><br>**STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT, AND LEAVE TO FILE THIRD AMENDED COMPLAINT**<br>AND ORDER THEREON AS MODIFIED<br>Action Filed: April 20, 2016 |

Gibson, Dunn & Crutcher LLP

STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT, AND LEAVE TO FILE THIRD AMENDED COMPLAINT – Case No. 4:16-cv-02089-JSW

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Local Rule 7-7, and Local Rule 6-1, the undersigned counsel of record for Plaintiffs Christopher McQueen, James O'Neal and Donnie Cummings (collectively, "Plaintiffs") and Defendants Chevron Corporation and Chevron U.S.A. Inc. ("Defendants") jointly file this Stipulation and agree as follows:

WHEREAS Plaintiffs filed their First Amended Complaint on June 9, 2016;

WHEREAS Defendants responded to Plaintiffs' First Amended Complaint with a Motion to Dismiss and Motion to Strike Plaintiffs' First Amended Complaint ("Motion to Dismiss"), (ECF No. 31), which is currently noticed for hearing on August 12, 2016;

WHEREAS Plaintiffs filed a Second Amended Complaint on July 11, 2016, (ECF No. 38);

WHEREAS Plaintiffs' deadline to respond to Defendants' Motion to Dismiss is July 14, 2016;

WHEREAS Plaintiffs assert that they have initiated exhaustion of their administrative remedies under California's Private Attorneys General Act (PAGA), Cal. Lab. Code § 2699, *et seq.*;

WHEREAS Plaintiffs intend to file a Third Amended Complaint after their PAGA exhaustion period runs, which they have stated will be on or after September 12, 2016;

WHEREAS the parties have agreed that, in the interest of efficiency for the parties and the Court, Defendants: (a) shall withdraw their motion to dismiss, preserving all rights to respond to the Second Amended Complaint or Third Amended Complaint through a motion to dismiss; (b) shall not be required to respond to the Second Amended Complaint unless Plaintiffs state that a Third Amended Complaint will not be filed, in which case Defendants will respond to the Second Amended Complaint within 14 days of notification that a Third Amended Complaint will not be filed; and (c) shall respond to Plaintiffs' Third Amended Complaint within 14 days of its filing;

WHEREAS the Case Management Conference in this matter is set for July 29, 2016, and the parties have agreed not to request a continuance of the Case Management Conference; and

WHEREAS the parties have reached no agreement as to whether the litigation should be stayed pending Defendants' motion to dismiss, and all parties therefore retain all rights and arguments in that regard.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

Gibson, Dunn & Crutcher LLP

1

STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT, AND LEAVE TO FILE THIRD AMENDED COMPLAINT – CASE NO. 4:16-CV-02089-JSW

1) Plaintiffs are hereby granted leave to file their Second Amended Complaint, which shall be deemed filed on July 11, 2016.

2) Concurrently with the filing of this stipulation, Defendants shall withdraw their Motion to Dismiss, pursuant to Local Rule 7-7(e).

3) Defendants shall have an extension to file a response to Plaintiffs' Second Amended Complaint, up to and including September 30, 2016 or 14 days after Plaintiffs notify Defendants that they will not file a Third Amended Complaint, whichever is later.

4) Plaintiffs are hereby granted leave to file their Third Amended Complaint on or after September 12, 2016 but before September 16, 2016.

5) Defendants shall respond to Plaintiffs Third Amended Complaint within 14 days of filing, and may do so without waiver of any rights or arguments that were made in the motion to dismiss that is currently on file with the Court.

6) Nothing in this Stipulation shall be construed as a waiver of any of Plaintiffs' or Defendants' rights, defenses, or arguments they would otherwise have, including but not limited to Defendants' right to argue that the litigation should be stayed pending resolution of its anticipated motion to dismiss and Plaintiffs' right to argue that litigation should continue to move forward.

Dated:  July 14, 2016

GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Michele L. Maryott
              Michele L. Maryott

Attorneys for Defendants

Dated: July 14, 2016            NICHOLS KASTER, LLP

By:   /s/ Matthew C. Helland
              Matthew C. Helland

Attorneys for Plaintiffs

Gibson, Dunn & Crutcher LLP

2

STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT, AND LEAVE TO FILE THIRD AMENDED COMPLAINT – CASE NO. 4:16-CV-02089-JSW

**ECF ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: July 14, 2016                              NICHOLS KASTER, LLP

By:   /s/ Matthew C. Helland
                Matthew C. Helland

Attorneys for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. The case management conference is HEREBY CONTINUED to September 23, 2016 at 11:00 a.m.

Dated:  July 18, 2016                             By: _____
                                                 Hon. Jeffrey S. White
                                                 United States District Judge

STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT, AND LEAVE TO FILE THIRD AMENDED COMPLAINT – Case No. 4:16-cv-02089-JSW

Gibson, Dunn & Crutcher LLP