| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>THEODORE J. BOUTROUS JR., SBN 132099<br>  tboutrous@gibsondunn.com<br>CATHERINE A. CONWAY, SBN 98366<br>  cconway@gibsondunn.com<br>JESSE A. CRIPPS, SBN 222285<br>  jcripps@gibsondunn.com<br>333 South Grand Avenue<br>  Los Angeles, CA 90071-3197<br>  Telephone: 213.229.7000<br>  Facsimile: 213.229.7520<br><br>MICHELE L. MARYOTT, SBN 191993<br>  mmaryott@gibsondunn.com<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: 949.451.3800<br>Facsimile: 949.451.4220<br><br>Attorneys for Defendants<br>CHEVRON CORPORATION and<br>CHEVRON U.S.A. INC. | MATTHEW C. HELLAND, SBN 250451<br>  helland@nka.com<br>DANIEL S. BROME, 278915<br>  dbrome@nka.com<br>NICHOLS KASTER, LLP<br>One Embarcadero Center<br>Suite 720<br>San Francisco, CA 94111<br>Telephone: 415.277.7235<br>Facsimile: 415.277.7238<br><br>Attorneys for Plaintiffs and Others Similarly Situated |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher McQueen, James O'Neal, and Donnie Cummings on behalf of themselves and others similarly situated and on behalf of the general public,<br><br>              Plaintiffs,<br><br>    v.<br><br>Chevron Corporation, Chevron U.S.A., Inc., and DOES 1-50, inclusive,<br><br>              Defendants. | CASE NO. 4:16-cv-02089-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESOLVE DEFENDANTS' MOTION TO COMPEL ARBITRATION (ECF NO. 65) AND STAY PAGA CLAIM**<br><br>ACTION FILED: April 20, 2016 |

1 | Pursuant to Civil Local Rule 7-12, Plaintiffs Christopher McQueen, James O'Neal, and Donnie Cummings (collectively, "Plaintiffs"), and Defendants Chevron Corporation and Chevron U.S.A. Inc. (collectively, "Defendants") (together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on January 10, 2017, Defendants filed a motion to compel arbitration of the claims of Plaintiff Donnie Cummings (the "Motion"), which remains pending before this Court (ECF No. 65);

WHEREAS, the Parties agree to resolve the Motion via stipulation pursuant to the terms set forth below;

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that:

1. Plaintiff Donnie Cummings shall submit his First, Second, Third, Fourth, Fifth, and Sixth Claims for Relief (*see* Third Amended Complaint ("TAC") ¶¶ 52–90, ECF No. 58) to binding arbitration before JAMS in San Francisco, California, and such arbitration shall proceed pursuant to the applicable JAMS Employment Arbitration Rules and Procedures (the "Arbitration") on a bi-lateral (individual, non-class) basis;

2. Plaintiff Cummings's First, Second, Third, Fourth, Fifth, and Sixth Claims for Relief (TAC ¶¶ 52–90) are hereby DISMISSED with leave to be refiled in bi-lateral (non-class) arbitration. Accordingly, the Third Amended Complaint will no longer include California Rule 23 class action claims.

3. Plaintiff Cummings's Seventh Claim for Relief, which he brings pursuant to the California Private Attorneys General Act of 2004, California Labor Code, § 2698 et seq. (TAC ¶¶ 91–97), is hereby STAYED pending final resolution of the Arbitration. The claims of Plaintiffs McQueen, O'Neal, and the remaining opt-in Plaintiffs shall not be stayed.

4. Defendants' motion to compel (ECF No. 65) is hereby WITHDRAWN.

5. Nothing in this stipulation constitutes or reflects a concession as to the validity of any party's position regarding the arguments raised in the Motion, and Defendants continue to maintain that the claims of Plaintiff Cummings were not properly brought in this Court. This stipulation is

without prejudice to, and does not constitute a waiver of, any of the arguments or positions that Defendants raised in their Motion.

**IT IS SO STIPULATED**

Dated: January 24, 2017                       GIBSON, DUNN & CRUTCHER LLP


By:   */s/ Michele L. Maryott*
         Michele L. Maryott

Attorneys for Defendants CHEVRON CORPORATION and CHEVRON U.S.A. INC.


Dated: January 24, 2017                       NICHOLS KASTER, LLP


By:   */s/ Matthew C. Helland*
         Matthew C. Helland

Attorneys for Plaintiffs


### ECF ATTESTATION

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.


Dated: January 24, 2017                       Gibson, Dunn & Crutcher LLP


By:   */s/ Justin T. Goodwin*
         Justin T. Goodwin

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, IT IS SO ORDERED.

Dated: _____, 2017

_____
The Honorable Jeffrey S. White
United States District Judge