UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMENDED CIVIL MINUTE ORDER

DATE: January 27, 2017　　　　　　　　　　　　　Time in Court: 10 minutes

JUDGE: JEFFREY S. WHITE　　　　　　　　　　Court Reporter: Diane Skillman

Courtroom Deputy: Jennifer Ottolini

CASE NO. C-16-2089 JSW

TITLE: Christopher McQueen, et al., v. Chevron Corporation, et al.,

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Matthew Helland | Catherine Conway |
| Daniel Brome | Sarah Zenewicz |

PROCEEDINGS: Initial Case Management Conference

RESULTS: Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by 2-10-17.

Ruling on Motion for Conditional Certification shall issue in due course.
A case management conference, if needed, will be scheduled in the order on Conditional Certification.

If the parties will be filing cross motions dispositive motions, they shall meet and confer and agree to a 4-brief schedule whereby the final brief is filed 2 weeks before the hearing as follows:
　　　　Opening summary judgment motion is filed
　　　　Opposition and cross-motion are filed
　　　　Reply and opposition to the cross-motion are filed
　　　　Reply is filed - 2 weeks prior to hearing