GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
CATHERINE A. CONWAY, SBN 98366
  cconway@gibsondunn.com
JESSE A. CRIPPS, SBN 222285
  jcripps@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

MICHELE L. MARYOTT, SBN 191993
  mmaryott@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for Defendants CHEVRON CORPORATION
and CHEVRON U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher McQueen, James O'Neal, and Donnie Cummings on behalf of themselves and others similarly situated and on behalf of the general public,<br><br>            Plaintiffs,<br><br>    v.<br><br>Chevron Corporation, Chevron U.S.A., Inc., and DOES 1-50, inclusive,<br><br>            Defendants. | CASE NO. 4:16-cv-02089-JSW<br><br>**DECLARATION OF JESSE A. CRIPPS IN SUPPORT OF DEFENDANTS CHEVRON CORPORATION AND CHEVRON U.S.A. INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE SALARY BASIS TEST (FIRST CLAIM FOR RELIEF)**<br><br>[Notice of Motion and Motion for Partial Summary Judgment and [Proposed] Order filed concurrently]<br><br>Date:        January 19, 2018<br>Time:       9:00 a.m.<br>Location:   Courtroom 5<br><br>Action Filed: April 20, 2016 |

1

Gibson, Dunn & Crutcher LLP

DECLARATION OF JESSE A. CRIPPS IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING SALARY BASIS TEST
CASE NO. 4:16-CV-02089-JSW

I, Jesse A. Cripps, declare as follows:

1. I am an attorney admitted to practice law before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys responsible for the representation of Defendants Chevron U.S.A. Inc. and Chevron Corporation (collectively, "Defendants" or "Chevron") in the above-captioned action. I submit this declaration in support of Defendants' Motion for Partial Summary Judgment on the Salary Basis Test (First Claim for Relief). The following facts are within my personal knowledge and, if called and sworn as a witness, I would testify competently to these facts.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of the October 13, 2017 deposition of Christopher McQueen, taken in Houston, Texas as recorded by certified court reporter Rene White Moarefi, CSR, CRR, RPR.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the transcript of the October 12, 2017 deposition of James O'Neal, taken in Houston, Texas as recorded by certified court reporter Rene White Moarefi, CSR, CRR, RPR.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from Plaintiff Christopher McQueen's Supplemental Responses to Defendant Chevron Corporation's Interrogatories, Set I, dated July 7, 2017 and verified by Christopher McQueen.

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from Plaintiff James O'Neal's Supplemental Responses to Defendant Chevron Corporation's Interrogatories, Set I, dated July 7, 2017 and verified by James O'Neal.

6. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from Plaintiffs' Supplemental Initial Disclosures and relevant portions of Exhibit A to the Supplemental Initial Disclosures, dated July 7, 2017.

I declare under penalty of perjury that the foregoing is true and correct. Executed December 1, 2017 in Los Angeles, California.

By: */s/ Jesse A. Cripps*
Jesse A. Cripps